RECEIPT #_____
AMOUNT $ 1 000
SUMMONS ISSUED X 3
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK _____
DATE 4-13-05

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation, | CIVIL ACTION No. |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| DOES 1 - 25, | ) |
| Defendants. | ) |

**05 - 10733 NG**

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendants.

## JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by the Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant uses an online service provider found in this District to access the Internet, which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

7.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

9.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

10.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

11.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

12.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

13.     Plaintiff Maverick Recording Company is a joint venture between Maverick Records and Warner Bros. Records Inc., organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

15.     Plaintiff Sony BMG Music Entertainment is a Delaware general partnership, with its principal place of business in the State of New York.

16.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

17.     The true names and capacities of the Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her online service provider on the date and time at which the infringing activity of each Defendant was observed. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

18.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

19.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

20.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

21.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available

for distribution to others. In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

22.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

23.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

24.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

ATLANTIC RECORDING CORP.;
ELEKTRA ENTERTAINMENT GROUP
INC.; PRIORITY RECORDS LLC; ARISTA
RECORDS LLC; WARNER BROS.
RECORDS INC.; BMG MUSIC; MOTOWN
RECORD COMPANY, L.P.; INTERSCOPE
RECORDS; CAPITOL RECORDS, INC.;
MAVERICK RECORDING CO.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and VIRGIN RECORDS
AMERICA, INC.

By their attorneys,

DATED: 4/13.05                           By:    Gabriel M. Helmer
                                                Colin J. Zick (BBO No. 556538)
                                                Gabriel M. Helmer (BBO No. 652640)
                                                FOLEY HOAG LLP
                                                155 Seaport Boulevard
                                                Boston, MA 02210-2600
                                                Phone: (617) 832-1000
                                                Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ATLANTIC RECORDING CORP.; ELEKTRA ENTERTAINMENT GROUP INC.; PRIORITY RECORDS LLC; ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; INTERSCOPE RECORDS; CAPITOL RECORDS, INC.; MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and VIRGIN RECORDS AMERICA, INC.

**DEFENDANTS**

DOES 1 - 25

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(b)  County of Residence of First Listed Plaintiff **NEW YORK, NEW YORK**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c)   Attorney's (Firm Name, Address, and Telephone Number)
COLIN J. ZICK (BBO No. 556538)      Phone: (617) 832-1000
GABRIEL M. HELMER (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW | 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | 405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities- | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| | Employment | ☐ 550 Civil Rights | | | State Statutes |
| | ☐ 446 Amer. w/Disabilities- | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |
| | Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

Transferred from another district

Appeal to District Judge from Magistrate Judgment

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
Statutory damages; injunction

CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)    *SEE ATTACHMENT A*

JUDGE _____    DOCKET NUMBER _____

DATE   4.13.05

SIGNATURE OF ATTORNEY OF RECORD   *Gabriel M. Helmer*

**FOR OFFICE USE ONLY**

RECEIPT# _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## ATTACHMENT A

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

<u>Capitol Records, Inc, et al. v. Fitzpatrick</u>, Docket No. 04-40168 FDS

<u>Arista Records Inc., et al. v. Doe</u>, Docket No. 04-40240 FDS

<u>Maverick Recording Company, et al. v. Hagerty</u>, Docket No. 04-40167 FDS

<u>London-Sire Records Inc., et al. v. Totolos</u>, Docket No. 05-40016 FDS

<u>BMG Music et al. v. Doe</u>, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

<u>Motown Record Company, L.P., et al. v. Adams</u>, Docket No. 04-30134 MAP

<u>Arista Records Inc., et al. v. Skowyra</u>, Docket No. 04-30135 MAP

<u>Loud Records, LLC, et al. v. Thurston</u>, Docket No. 04-30136 MAP

<u>Arista Records Inc., et al. v. Aberdale</u>, Docket No. 04-30164 MAP

<u>Virgin Records America, Inc., et al. v. Doe</u>, Docket No. 04-30223 KPN

<u>Sony BMG Music Entertainment, et al. v. Doe</u>, Docket No. 04-30224 MAP

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

1. **TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)** _____

   **ATLANTIC RECORDING CORP. v. DOES 1 - 25**

2. **CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).**

   ____ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ____ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ____ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ____ V.    150, 152, 153.

3. **TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.**

   **SEE ATTACHMENT A** _____

4. **HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?**

   YES ☐    NO ☒

5. **DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)**

   YES ☐    NO ☒

   **IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?**

   YES ☐    NO ☒

6. **IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?**

   YES ☐    NO ☒

7. **DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).**

   YES ☒    NO ☐

   A.    **IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?**

   EASTERN DIVISION ☒        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

   B.    **IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?**

   EASTERN DIVISION ☐        CENTRAL DIVISION ☐        WESTERN DIVISION ☐

**(PLEASE TYPE OR PRINT)**

**ATTORNEY'S NAME** _COLIN J. ZICK (BBO No. 556538), GABRIEL M. HELMER (BBO No. 652640)_

**ADDRESS** ____FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600_____

**TELEPHONE NO.** (617) 832-1000/fax (617) 832-7000 _____

(Cover Sheet local.wpd-11/27/00)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## ATTACHMENT A

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

Capitol Records, Inc, et al. v. Fitzpatrick, Docket No. 04-40168 FDS

Arista Records Inc., et al. v. Doe, Docket No. 04-40240 FDS

Maverick Recording Company, et al. v. Hagerty, Docket No. 04-40167 FDS

London-Sire Records Inc., et al. v. Totolos, Docket No. 05-40016 FDS

BMG Music et al. v. Doe, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

Motown Record Company, L.P., et al. v. Adams, Docket No. 04-30134 MAP

Arista Records Inc., et al. v. Skowyra, Docket No. 04-30135 MAP

Loud Records, LLC, et al. v. Thurston, Docket No. 04-30136 MAP

Arista Records Inc., et al. v. Aberdale, Docket No. 04-30164 MAP

Virgin Records America, Inc., et al. v. Doe, Docket No. 04-30223 KPN

Sony BMG Music Entertainment, et al. v. Doe, Docket No. 04-30224 MAP

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 25, <br><br> Defendants. | CIVIL ACTION No. <br><br><br> 05 - 10733 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3,

Plaintiffs identify their parent corporations and any publicly held company that owns 10% or

more of any Plaintiff's stock.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG

Parent Corp., which is not publicly traded.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between Maverick Records, which is not publicly traded, and Warner Bros. Records Inc., whose parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

ATLANTIC RECORDING CORP.;
ELEKTRA ENTERTAINMENT GROUP
INC.; PRIORITY RECORDS LLC; ARISTA
RECORDS LLC; WARNER BROS.
RECORDS INC.; BMG MUSIC; MOTOWN
RECORD COMPANY, L.P.; INTERSCOPE
RECORDS; CAPITOL RECORDS, INC.;
MAVERICK RECORDING CO.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and VIRGIN RECORDS
AMERICA, INC.

By their attorneys,

DATED: _4.13.05_____

By: _____
    Colin J. Zick (BBO No. 556538)
    Gabriel M. Helmer (BBO No. 652640)
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    Phone: (617) 832-1000
    Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

## Doe #1 (168.122.146.39 2005-03-14 08:03:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Smashing Pumpkins | Glass and the Ghost Children | Machina/The Machine of God | 278-424 |
| Virgin Records America, Inc. | Smashing Pumpkins | Stand Inside Your Love | Machina/The Machine of God | 278-424 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |

## Doe #2 (168.122.168.123 2005-03-27 02:17:19 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Savior | Californication | 174-922 |
| Elektra Entertainment Group Inc. | The Cure | Why Can't I Be You? | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Elektra Entertainment Group Inc. | Bjork | All Neon Like | Homogenic | 245-199 |
| UMG Recordings, Inc. | Live | The Dam At Otter Creek | Throwing Copper | 187-926 |

**Exhibit A**

## Doe #3 (168.122.215.146 2005-03-03 01:43:35 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | Mamacita | Aquemini | 264-092 |
| Arista Records LLC | Outkast | Liberation | Aquemini | 264-092 |
| Priority Records LLC | NWA | The Dayz of Wayback | Efil4zaggin' | 137-627 |
| Capitol Records, Inc. | Radiohead | Bones | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Bends | The Bends | 280-260 |

**Exhibit A**

## Doe #4 (168.122.235.156 2005-02-27 05:09:24 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| Sony BMG Music Entertainment | Korn | Somebody Someone | Issues | 276-133 |
| Sony BMG Music Entertainment | Will Smith | Miami | Big Willie Style | 249-123 |

**Exhibit A**

## Doe #5 (168.122.223.230 2005-03-02 09:40:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Erykah Badu | Cleva | Mama's Gun | 295-614 |
| BMG Music | Busta Rhymes | Pass the Courvoisier | Genesis | 312-547 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Motown Record Company, L.P. | Erykah Badu | Time's A Wastin | Mama's Gun | 295-614 |

**Exhibit A**

## Doe #6 (168.122.210.86 2005-03-02 15:41:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | Xxplosive | 2001 | 277-983 |
| Capitol Records, Inc. | Radiohead | Kid A | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | Idioteque | Kid A | 289-381 |
| Sony BMG Music Entertainment | Pearl Jam | Hey Foxymophandlemama, That's Me | Vitalogy | 206-558 |
| Sony BMG Music Entertainment | Nas | We Will Survive | I Am | 175-149 |

**Exhibit A**

## Doe #7 (168.122.250.223 2005-03-03 17:47:02 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Fiona Apple | Criminal | Tidal | 227-923 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | · Seal | 194-147 |
| BMG Music | Jim Brickman | The Gift | The Gift | 242-241 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |

**Exhibit A**

## Doe #8 (168.122.212.179 2005-03-03 18:26:17 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| Sony BMG Music Entertainment | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Sony BMG Music Entertainment | Michael Jackson | Human Nature | Thriller | 41-965 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |

**Exhibit A**

## Doe #9 (168.122.227.163 2005-03-05 02:34:56 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Goodbye Blue Sky | The Wall | 14-787 |
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |
| Sony BMG Music Entertainment | Incubus | Clean | Make Yourself | 278-818 |
| Sony BMG Music Entertainment | Romeo Void | Never Say Never | Warm, in Your Coat | 144-050 |
| Arista Records LLC | Outkast | Gasoline Dreams | Stankonia | 306-741 |

**Exhibit A**

## Doe #10 (168.122.252.50 2005-03-06 00:42:42 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Blu Cantrell | Hit 'Em Up Style (Oops!) | So Blu | 300-390 |
| Sony BMG Music Entertainment | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Sony BMG Music Entertainment | Incubus | Pardon Me | Make Yourself | 278-818 |
| Maverick Recording Company | Alanis Morissette | You Oughta Know | Jagged Little Pill | 213-545 |

**Exhibit A**

## Doe #11 (168.122.211.47 2005-03-13 16:12:31 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Smashing Pumpkins | Galapogos | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| UMG Recordings, Inc. | Counting Crows | Goodnight Elisabeth | Recovering The Satellites | 226-415 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |

## Doe #12 (168.122.214.231 2005-03-15 05:50:26 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Nas | Album Intro | I Am | 175-149 |
| UMG Recordings, Inc. | Beck | The New Pollution | Odelay | 222-917 |
| Sony BMG Music Entertainment | Nas | Small World | I Am | 175-149 |
| Capitol Records, Inc. | Radiohead | Treefingers | Kid A | 289-381 |

**Exhibit A**

## Doe #13 (168.122.214.112 2005-03-17 02:57:53 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| UMG Recordings, Inc. | Sublime | Badfish | Second Hand Smoke | 246-011 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| Sony BMG Music Entertainment | Wyclef Jean | Perfect Gentleman | The Ecleftic -2 Sides II A Book | 291-301 |

**Exhibit A**

## Doe #14 (168.122.159.24 2005-03-25 18:16:48 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| Virgin Records America, Inc. | Smashing Pumpkins | Stumbleine | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Snake River Conspiracy | Somebody Hates You | Sonic Jihad | 284-859 |

**Exhibit A**

## Doe #15 (168.122.249.10 2005-03-25 20:53:19 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Arista Records LLC | Alan Jackson | Chattahoochee | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |

**Exhibit A**

## Doe #16 (168.122.241.77 2005-03-26 05:12:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Red Hot Chili Peppers | Mommy Where's Daddy | The Red Hot Chili Peppers | 56-249 |
| UMG Recordings, Inc. | Nirvana | Serve The Servants | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Walkin' On Down the Road | The Uplift Mofo Party Plan | 93-015 |

**Exhibit A**

## Doe #17 (168.122.229.164 2005-03-26 08:24:11 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| Capitol Records, Inc. | Duran Duran | Notorious | Notorious | 81-387 |
| Warner Bros. Records Inc. | Fleetwood Mac | You Make Loving Fun | Rumours | N39857 |

**Exhibit A**

## Doe #18 (168.122.202.169 2005-03-26 19:37:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Easily | Californication | 174-922 |
| Atlantic Recording Corporation | matchbox twenty | Stop | Mad Season | 305-708 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |

## Doe #19 (168.122.181.178 2005-03-26 20:07:59 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Lou Bega | Mambo No. 5 (A Little Bit Of...) | A Little Bit Of Mambo | 286-646 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Interscope Records | Limp Bizkit | N 2 Gether Now | Significant Other | 279-827 |

**Exhibit A**

## Doe #20 (168.122.64.31 2005-03-27 05:11:53 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | The Offspring | Devial, Revisited | Conspiracy of One | 288-853 |
| Sony BMG Music Entertainment | The Offspring | One Fine Day | Conspiracy of One | 288-853 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| UMG Recordings, Inc. | Nirvana | Something In The Way | Nevermind | 135-335 |

## Exhibit A

## Doe #21 (168.122.221.190 2005-03-27 05:28:26 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Santana | Do You Like The Way | Supernatural | 289-833 |
| UMG Recordings, Inc. | Live | I Alone | Throwing Copper | 187-926 |
| Atlantic Recording Corporation | Jewel | Fat Boy | Spirit | 261-953 |

## Doe #22 (168.122.228.37 2005-03-27 16:32:57 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Pink | Love Is Such A Crazy Thing | Can't Take Me Home | 279-958 |
| Sony BMG Music Entertainment | Pearl Jam | Grievance | Binaural | 300-972 |
| UMG Recordings, Inc. | U2 | I Will Follow | Under A Blood Red Sky | 49-959 |
| Sony BMG Music Entertainment | Pearl Jam | Parting Ways | Binaural | 300-972 |
| UMG Recordings, Inc. | U2 | Desire | Rattle & Hum | 99-818 |

**Exhibit A**

## Doe #23 (168.122.229.224 2005-03-29 04:35:20 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | By Myself | Hybrid Theory | 288-402 |
| Sony BMG Music Entertainment | The Offspring | Pretty Fly (For a White Guy) | Americana | 264-015 |
| Interscope Records | Smash Mouth | Satellite | Astro Lounge | 264-519 |
| UMG Recordings, Inc. | Blink-182 | Dick Lips | Dude Ranch | 243-969 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Look Away | Cracked Rear View | 193-960 |

**EXHIBIT A**

**Doe #24 (168.122.234.203 2005-03-27 13:10:40 (EST))**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Bruce Springsteen | Tunnel of Love | Tunnel of Love | 87-116 |
| Virgin Records America, Inc. | A Perfect Circle | Orestes | Mer De Noms | 281-642 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 3 | The Wall | 14-787 |
| Arista Records LLC | Whitney Houston | I'm Every Woman | Bodyguard Soundtrack | 152-583 |

**EXHIBIT A**

**Doe #25 (168.122.253.49 2005-03-27 18:35:48 (EST))**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Robbie Williams | Angels | The Ego Has Landed | 174-566 |
| Sony BMG Music Entertainment | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| Sony BMG Music Entertainment | Savage Garden | Two Beds And A Coffee Machine | Affirmation | 276-120 |

.