**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**DOES 1-4,**<br>    **Defendants.** | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-5,<br>    Defendants. | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 04-12438-NG |

| | |
|---|---|
| LOUD RECORDS, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-5,<br>    Defendants. | C.A. No. 04-12439-NG |
| VIRGIN RECORDS AMERICA, INC.,<br>et al.,<br>    Plaintiffs,<br><br>    v.<br><br>RICHARD L. DUBROCK,<br>    Defendant. | C.A. No. 05-10158-NG |
| MOTOWN RECORD CO., L.P., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10159-NG |
| INTERSCOPE RECORDS, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10160-NG |
| BMG MUSIC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10168-NG |

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10169-NG |
| CAPITOL RECORDS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10565-NG |
| VIRGIN RECORDS AMERICA, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10566-NG |
| SONY BMG MUSIC ENTERTAINMENT,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10567-NG |
| ATLANTIC RECORDING CORP., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-3,<br>    Defendants. | C.A. No. 05-10568-NG |

| | |
|---|---|
| INTERSCOPE RECORDS, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 05-10569-NG |
| CAPITOL RECORDS, INC., et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-11, )<br>    Defendants. ) | C.A. No. 05-10731-NG |
| MOTOWN RECORD CO., L.P., et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-22, )<br>    Defendants. ) | C.A. No. 05-10732-NG |
| ATLANTIC RECORDING CORP., et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-25, )<br>    Defendants. ) | C.A. No. 05-10733-NG |
| LONDON-SIRE RECORDS INC., et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-25, )<br>    Defendants. ) | C.A. No. 05-10734-NG |

**<u>ORDER OF CONSOLIDATION</u>**
**April 20, 2005**

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**            **s/ NANCY GERTNER U.S.D.J.**